FILED
JAN 26 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 23-CR-2120-TWR |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT OF DISMISSAL** |
| REMBERTO MURILLO-VALENZUELA, | |
| Defendant. | |

The United States' Motion to Dismiss the Indictment without prejudice pursuant to Federal Rule of Criminal Procedure 48(a) is hereby GRANTED. The Indictment is DISMISSED without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: 1/26/24

HON. TODD W. ROBINSON
United States District Judge